UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Jose L. Linares

v.  :  Crim. No. 327-03 (JLL)

JOSEPH NARDONE, Sr.  :
JOSEPH NARDONE, Jr., and
PETER HASHO

Verdict Form

**COUNT ONE: Conspiracy to Embezzle from the Local 148 Welfare Fund**

    as to Joseph Nardone, Sr.    ✓ Guilty    ____ Not Guilty

    as to Joseph Nardone, Jr.    ✓ Guilty    ____ Not Guilty

**COUNT TWO: Embezzlement from the Local 148 Welfare Fund**

    as to Joseph Nardone, Jr.    ✓ Guilty    ____ Not Guilty

**COUNT THREE: Conspiracy to Steal from Local 148**

    as to Joseph Nardone, Jr.    ____ Guilty    ✓ Not Guilty

    as to Peter Hasho    ____ Guilty    ✓ Not Guilty

**COUNT FOUR: Embezzlement from Local 148**

    as to Joseph Nardone, Jr.    ____ Guilty    ✓ Not Guilty

    as to Peter Hasho    ____ Guilty    ✓ Not Guilty

_____
Jury Foreperson

11/4/2004
_____
Dated